# Third District Court of Appeal
## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1797
Lower Tribunal No. 16-31525

————————

## South Florida Pulmonary and Critical Care, LLC,
Appellant,

vs.

## Erick Palma, M.D.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellant.

Podhurst Orseck, P.A., and Joel D. Eaton, for appellee.

Before LOGUE, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Fla. R. Civ. P. 1.540(b)(5).